BOARD OF EDUCATION OF STOKES COUNTY v. J. C. WALL et al.

*Action on Sheriff's Bond—Failure to Pay Over Taxes— Right of County Board of Education to Bring Action.*

In an action brought by the county Board of Education against a sheriff, on his official bond, for failure to pay over the taxes levied for school purposes, the complaint need not allege that the county commissioners have refused to bring an action for the purpose, since, by Section 28, Chapter 199, Acts of 1889, *The Code*, Section 2563, was amended so as to make the county Board of Education the proper relator in such an action.

CIVIL ACTION by the Board of Education of Stokes county against a sheriff of said county and the sureties on his official bond, heard before *Bryan, J.*, at Spring Term, 1895, of STOKES Superior Court. The case was referred to J. W. Neal who reported that there was a balance due from the taxes of 1891 and 1892 of $143.82, that no insolvents had been allowed for the year 1892, for the reason that the plaintiff's request for a list of insolvents for that year had not been complied with by the defendant. The same exceptions, affidavit and prayer were made in this case as in that of *Commissioners* v. *Wall, ante.* At the hearing his Honor overruled the exception and gave judgment against the defendant who appealed.

*Mr. A. M. Stack,* for plaintiff.

*Messrs. Walter W. King, Watson & Buxton* and *Glenn & Manly,* for defendants (appellants).

CLARK, J.: All the points raised in this case have been passed upon in *Commissioners* v. *Wall* at this term, except the objection that the plaintiffs cannot maintain the action without an allegation that the county commissioners have refused to bring an action to recover the amount due the plaintiffs. Section 28, of Chapter 199, Acts 1889, amends the provisions of Section 2563 of *The Code* by substituting the County Board of Education for the County Commissioners as the proper relators in an action like the present.

No Error.